AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

KENNETH A. FRIEDMAN,

    Plaintiff,

V.

JAMES GREGG COX, *et al.*,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:14-cv-00465-MMD-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is voluntarily dismissed in its entirety, without prejudice.

December 23, 2014

**LANCE S. WILSON**
Clerk

/s/ J. Cotter
Deputy Clerk