UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENNETH A. FRIEDMAN, | Case No. 3:14-cv-00465-MMD-VPC |
| Plaintiff, | ORDER |
| v. | |
| JAMES GREGG COX et al., | |
| Defendants. | |

**I.    DISCUSSION**

In October 2014, Plaintiff voluntarily dismissed his case because he had not exhausted his claims. (Dkt. no. 11.)  In December 2014, the Clerk of the Court entered judgment. (Dkt. no. 12.)

On December 21, 2015, Plaintiff filed a motion to reopen this case because he had finally exhausted his claims. (Dkt. no. 13 at 1.) Plaintiff attached his proposed amended complaint. (Dkt. no. 13-1.)

The Court denies Plaintiff's motion to reopen his case. Instead, Plaintiff shall open a new case by filing his complaint with the Clerk's Office. Plaintiff shall also submit an application to proceed *in forma pauperis* or pay the $400 filing fee to the Clerk's Office.

**II.    CONCLUSION**

For the foregoing reasons, it is ordered that the motion to reopen case (dkt. no. 13) is denied.

It is further ordered that Plaintiff shall initiate a new action by filing his complaint with the Clerk's Office and by either paying the full filing fee of $400 or filing an application to proceed *in forma pauperis*.

It is further ordered that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that the Clerk of the Court shall send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his proposed amended complaint (dkt. no. 1-1).

DATED THIS 23rd day of December 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE